## MOON et al. v. DOZIER et al.

(Court of Civil Appeals of Texas. El Paso. Nov. 21, 1912.)

APPEAL AND ERROR (§ 773*) — FAILURE TO FILE BRIEF—EFFECT.

Where plaintiff in error fails to file brief, and no fundamental error appears, the judgment will be affirmed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108–3110; Dec. Dig. § 773.*]

Error from District Court, Harris County; Chas. E. Ashe, Judge.

Action by J. S. Dozier and another against Sarah L. Moon and another. There was a judgment for defendants, and plaintiffs bring error. Affirmed.

G. W. Tharp and W. G. Love, both of Houston, for plaintiffs in error. D. H. Hardy and Ingham S. Roberts, both of Houston, for defendants in error.

HIGGINS, J. Action of trespass to try title by defendants in error against plaintiffs in error, resulting in judgment in favor of defendants in error.

This cause by order of the Supreme Court was transferred to this court from the First Supreme Judicial District at Galveston. It was here submitted on October 31, 1912, upon brief filed by defendants in error. Plaintiffs in error having failed to file brief in the Galveston court and in this court, and no fundamental error appearing, it is ordered that the judgment be in all things affirmed. Cox v. Hickman, 110 S. W. 549.

HARPER, C. J., did not sit in this case.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes